Elliot Gale (State Bar No. 263326)
egale@sagarialaw.com
Joe Angelo (State Bar No. 268542)
jangelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste. 200
Roseville, California 95661
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff
Matthew Keppler

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW KEPPLER, | Case No.: 2:17-cv-02515-MCE-DB |
| Plaintiff, | |
| vs. | **ORDER** |
| USAA SAVINGS BANK, | |
| Defendant. | |

Pursuant to the stipulation of Plaintiff Matthew Keppler and Defendant USAA Savings Bank (ECF No. 18), this action is DISMISSED with prejudice and each party shall bear its own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1
ORDER